PHILIP J. GRAVES (SBN 153441)
philipg@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152

BARBARA MAHONEY (*pro hac vice* pending)
barbaram@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Attorneys for Plaintiff
FEMTO-SEC TECH, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FEMTO-SEC TECH, INC., a California Corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>ZIEMER USA, INC., a Illinois Corporation; and ZIEMER OPHTHALMIC SYSTEMS AG, a Swiss Corporation,<br><br>              Defendants. | No. 8:15-cv-1690<br><br>**COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL** |

Plaintiff Femto-Sec Tech, Inc. ("Femto-Sec"), by and through its undersigned attorneys, pleads as follows:

## I. PARTIES

1. Femto-Sec is a corporation organized and existing under the laws of the State of California having its principal place of business in Aliso Viejo, California.

2. On information and belief, Ziemer USA, Inc. ("Ziemer USA") is a corporation organized and existing under the laws of the State of Illinois, having its headquarters in Alton, Illinois.

3. On information and belief, Ziemer Ophthalmic Systems AG ("Ziemer AG") is a corporation organized and existing under the laws of Switzerland, having a principle place of business in Port, Switzerland.

## II. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction for this action pursuant to 28 U.S.C. §§ 1331 and 1338.

5. On information and belief, this Court has personal jurisdiction over Ziemer USA for the reason, among others, that Ziemer USA transacts business by selling infringing products in California.

6. On information and belief, this Court has personal jurisdiction over Ziemer AG for the reason, among others, that Ziemer AG acts through its agent, Ziemer USA, to transact business in California. Ziemer AG manufactures products with the intention of selling and marketing those products in California through an affiliated company, namely Ziemer USA.

7. Venue is proper in this District because a Ziemer USA and Ziemer AG reside in this District within the meaning of 28 U.S.C. §§ 1391 and 1400(b).

## III.   FACTUAL ALLEGATIONS

**A.   Dr. Neev**

8.   Dr. Joseph Neev, President of Femto-Sec, is a physicist and an inventor of revolutionary applications of lasers in the ophthalmic, dermatological, dental and cardiovascular fields.

9.   Dr. Neev's career in advancing the use of laser technology to optimize surgical applications began in the late 1980s.  His contributions to augment the use of lasers in medical and other applications is well-recognized in the industry, and can be seen through his numerous publications and his affiliation with reputable institutions such as Lawrence Livermore National Laboratory ("Livermore"), the University of California at Irvine ("UCI"), the Beckman Laser Institute, the University of California at San Diego, the University of California at San Francisco, Cornell University School of Medicine, the University of Texas at Austin, Stanford University's School of Medicine, and Duke University's School of Medicine.  As an internationally recognized leader in the field of femtosecond lasers in surgery and medicine, Dr. Neev was asked, in the mid-1990's, to organize the first conference on commercial and biomedical applications of ultra-short pulse lasers and served as the conference chair or co-chair for over a decade.

10.   In the mid and late 1990s, Dr. Neev worked as an assistant professor of surgery at the Beckman Laser Institute and Medical Clinic, which was part of the Department of Surgery at UCI.  At the time, Dr. Neev worked with other University of California scientists at Livermore on research and development projects relating to ultra-short pulse lasers.  Livermore, which was managed by the University of California at the time, is a federally funded research laboratory, entrusted with strengthening the United States' security through the development and application of world-class science and technology.

11. Dr. Neev and his collaborators at Livermore developed foundational technology relating to ultra-short pulse lasers with various applications. The Regents of the University of California ("The Regents") applied for and received various patents relating to this foundational technology. Among these patents is U.S. Patent Nos. 5,720,894 (the "'894 Patent"), entitled "Ultrashort Pulse High Repetition Rate Laser System for Biological Tissue Processing," which was issued by the U.S. Patent and Trademark Office on February 24, 1998. Dr. Neev is a named inventor of the '894 patent.

12. Following his departure from UCI, Dr. Neev continued his research concerning medical applications of laser technology. Dr. Neev's subsequent work has resulted in the issuance of 15 U.S. Patents covering various laser and light-based biomedical applications, including U.S. Patent No. 6,482,199.

**B.     The Femto-LLNS License**

13. Dr. Neev founded Femto-Sec in or about 2007. Femto-Sec is engaged in research and development in the field of ultra-short pulse lasers for medical, ophthalmic, dental, and industrial applications.

14. In 2007, Femto-Sec invested significant funds to acquire an exclusive field-of-use license to a group of patents relating to, among other things, femtosecond lasers. As of August 29, 2007, Femto-Sec and The Regents, on information and belief at that time the manager of Livermore, entered into a Limited Exclusive Patent License Agreement for Short-Pulse Laser Technology ("the Femto-LLNS License"). Femto-Sec paid to license patents based on technology developed by Dr. Neev as well as on technology developed by Dr. Neev's former colleagues at Livermore.

15. Under the Femto-LLNS License, Femto-Sec was granted an exclusive royalty-bearing license under five patents related to ultra-short pulse laser technology within a field of use comprising medical applications for humans and animals,

including medical devices and cosmetic applications, and biological treatments for plants. One of those patents was the '894 Patent.

### C. The Femto LDV Z Models

16. On information and belief, Ziemer USA imports the Femto LDV Z Models into the United States and markets and sells the Femto LDV Z Models in the United States, and does so as the agent of and on behalf of Ziemer AG.

17. On information and belief, Ziemer AG imports the Femto LDV Z Models into the United States and markets and sells the Femto LDV Z Models in the United States on its own behalf and through its US agent, Ziemer USA.

18. On information and belief, the Femto LDV Z Models currently include the Femto LDV Z2, the Femto LDV Z4, the Femto LDV Z6, and the Femto LDV Z8. The Femto LDV Z2, Z4, and Z6 have received FDA approval for use in the United States.

19. The Femto LDV Z Models are ophthalmic surgical lasers with at least the following indicated uses:

- The Femto LDV Z2: for use in the creation of corneal incisions in patients undergoing LASIK surgery or other treatment requiring lamellar resection of the cornea at constant depth relative to the corneal surface;
- The Femto LDV Z4: for use in the creation of corneal incisions in patients undergoing LASIK surgery, tunnel creation for implantation of rings, pocket creation for implantation of corneal implants or other treatment requiring lamellar resection of the cornea at a varying depth with respect to the corneal surface that does not enclose a volume of the cornea;
- The Femto LDV Z6: for use in the creation of corneal incisions in patients undergoing LASIK surgery, tunnel creation tor implantation of rings, pocket creation for implantation of corneal implants, lamellar

keratoplasty, penetrating keratoplasty or other treatment requiring lamellar resection of the cornea at a varying depth with respect the corneal surface that may enclose a volume of the cornea; and also for use in patients undergoing cataract surgery for the creation of single-plane, multi-plane, partial thickness and full thickness cuts/incisions in the cornea, each of which may be performed either individually or consecutively during the same procedure.

20. On information and belief, the Femto LDV Z Models are used to selectively ablate and/or modify eye tissue.

21. On information and belief, the Femto LDV Z Models operate with a pulse duration in the approximate range from 200 femtoseconds to 350 femtoseconds.

22. On information and belief, the Femto LDV Z Models operate with a pulse repetition rate of at least 100 kilohertz.

23. On information and belief, when the Femto LDV Z Models are used for an indicated use, the pulsed laser beams are directed and focused to specific locations on and in a patient's cornea.

24. On information and belief, when the Femto LDV Z Models are used for an indicated use, each pulsed beam forms a plasma at least in part as a result of absorption of the beam's energy by eye tissue.

25. On information and belief, when the Femto LDV Z Models are used for an indicated use, the plasma generated by the interaction of a beam and the eye tissue is allowed to decay.

26. On information and belief, when the Femto LDV Z Models are used for an indicated use, the platform operates such that there is substantially no transfer of thermal or mechanical energy into and substantially no collateral damage to the surrounding tissue.

# COUNT I
## INFRINGEMENT OF THE '894 PATENT
### (Against Ziemer USA and Ziemer AG)

27. Femto-Sec restates and incorporates by reference its previous allegations above, as if fully set forth herein.

28. Ziemer USA and Ziemer AG have infringed and continue to infringe one or more claims of the '894 Patent by making, using, selling or offering to sell in the United States and/or by importing into the United States the Femto LDV Z Models.

29. Neither Ziemer USA nor Ziemer AG now has or has ever had a license under the '894 Patent.

30. Femto-Sec has sustained significant damages as a direct and proximate result of Ziemer USA's and Ziemer AG's infringement of the '894 Patent.

31. Femto-Sec will suffer and is suffering irreparable harm from Ziemer USA's and Ziemer AG's infringement of the '894 Patent.  Femto-Sec is entitled to an injunction against Ziemer USA's and Ziemer AG's continuing infringement of the '894 Patent.  Unless enjoined, Ziemer USA and Ziemer AG will continue their infringing conduct.

32. Ziemer USA's and Ziemer AG's infringement of the '894 Patent is exceptional and entitles Femto-Sec to attorneys' fees and costs incurred in prosecuting this action.

## RELIEF REQUESTED

WHEREFORE, Femto-Sec prays that the Court enter judgment as follows:

A. That Ziemer USA and Ziemer AG have infringed and continue to infringe the '894 Patent and that the '894 Patent is not invalid and is enforceable;

B. Awarding Femto-Sec damages adequate to compensate it for Ziemer USA's and Ziemer AG's infringement of the '894 Patent, in an amount to be

1  determined at trial, but in no event less than a reasonable royalty for the use made of
2  the claimed inventions by them;
3    C. Awarding a preliminary and permanent injunction restraining and
4  enjoining Ziemer USA and Ziemer AG, and their officers, agents, servants,
5  employees, attorneys, and any persons in active concert or participation with them
6  who receive actual notice of the order by personal service or otherwise, from any
7  further manufacture, use, sales, offers to sell, or importations of any and all of the
8  products and services identified above;
9    D. Trebling all damages awarded to Femto-Sec under the '894 Patent;
10   E. Finding this case exceptional and awarding to Femto-Sec its reasonable
11 attorneys' fees incurred in prosecuting its claims for patent infringement;
12   F. Costs and interest;
13   G. Such other relief as the Court determines to be just and proper.

DATED: October 20, 2015   HAGENS BERMAN SOBOL SHAPIRO LLP

           By: */s/ Philip Graves*
            Philip Graves
           philipg@hbsslaw.com
           301 N. Lake Ave #203
           Pasadena, CA  91101
           Telephone:  (213) 330-7147

           Barbara Mahoney (*pro hac vice*)
           barbaram@hbsslaw.com
           HAGENS BERMAN SOBOL SHAPIRO LLP
           1918 8th Avenue, Suite 3300
           Seattle, WA  98101
           Telephone:  (206) 623-7292
           Facsimile:  (206) 623-0594

           Attorneys for Plaintiff
           FEMTO-SEC TECH, INC

**DEMAND FOR JURY TRIAL**

Femto-Sec requests a jury trial for all issues triable to a jury.

DATED: October 20, 2015        HAGENS BERMAN SOBOL SHAPIRO LLP

By: _/s/ Philip Graves_
    Philip Graves
 philipg@hbsslaw.com
 301 N. Lake Ave #203
 Pasadena, CA  91101
 Telephone:  (213) 330-7147

 Barbara Mahoney (*pro hac vice*)
 barbaram@hbsslaw.com
 HAGENS BERMAN SOBOL SHAPIRO LLP
 1918 8th Avenue, Suite 3300
 Seattle, WA  98101
 Telephone:  (206) 623-7292
 Facsimile:  (206) 623-0594

 Attorneys for Plaintiff
 FEMTO-SEC TECH, INC